IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES RICHARD KERRIGAN, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL NO. 4: 11-cr-041 <br><br> INFORMATION <br> 26 U.S.C. § 7206(1) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(False Return or Statement)**

On or about April 15, 2007, in the Southern District of Iowa and elsewhere, defendant JAMES RICHARD KERRIGAN, a resident of Ankeny, Iowa, did willfully make and subscribe a personal income tax return, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. The personal income tax return, which was prepared and signed in the Southern District of Iowa and filed with the Internal Revenue Service, stated on Schedule C, Line 1, that KERRIGAN received $25,000 in gross receipts for consulting services for the tax year 2006; whereas, KERRIGAN knew and believed that his gross receipts for consulting services were at least $55,000.

This is a violation of Title 26, United States Code, Section 7206(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (False Return or Statement)

On or about April 15, 2008, in the Southern District of Iowa and elsewhere, defendant JAMES RICHARD KERRIGAN, a resident of Ankeny, Iowa, did willfully make and subscribe a personal income tax return, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. The personal income tax return, which was prepared and signed in the Southern District of Iowa and filed with the Internal Revenue Service, stated on Schedule C, Line 1, that KERRIGAN received $25,000 in gross receipts for consulting services for the tax year 2007; whereas, KERRIGAN knew and believed that his gross receipts for consulting services were at least $93,541.53.

This is a violation of Title 26, United States Code, Section 7206(1).

Nicholas A. Klinefeldt
United States Attorney

By /s/ 
Stephen H. Locher
Assistant United States Attorney