AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  4:11-cr-00041-JAJ-RAW |
| James Richard Kerrigan | ) | |
| | ) | |
| *Defendant* | ) | |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   03/31/2011

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Larry J. Handley
*Printed name of defendant's attorney*

_____
*Judge's signature*

Ross A. Walters, United States Magistrate Judge
*Judge's printed name and title*